# IN RE RUDOLPH.

---

### APPEAL AND ERROR; SPECIAL APPEALS.

Where a special appeal from an interlocutory order of the lower court, if allowed, could not have been heard by this court in regular course

until after the summer recess, during which time a final decree could be entered by the lower court and an appeal regularly taken, an application for such an appeal was *denied*.

No. 383.    Original Docket.    Submitted April 3, 1912.    Decided April 4, 1912.

APPLICATION for a special appeal from an order of the lower court.       *Denied.*

*Mr. E. H. Thomas,* Corporation Counsel, and *Mr. P. H. Marshall,* Assistant, for the petitioners.

No appearance in opposition.

Mr. Chief Justice SHEPARD delivered the opinion of the Court:

The interlocutory order from which this special appeal is applied for was entered March 18, and the application was delayed until April 3. Under the rules of the court relating to filing transcripts, printing record, and printing and filing briefs, this appeal, if granted, could not be heard until the October term. There seems no good reason why the final decree should not be entered in the case, and the appeal regularly taken. For these reasons the application is denied. *Denied.*